DANIEL J. OLLEN
ATTORNEY AT LAW
1140 AVENUE OF THE AMERICAS
9TH FLOOR
NEW YORK, NY 10036

(212) 619-1245

FACSIMILE
(212) 619-1248

April 23, 2026

**BY ECF – REQUEST TO BE FILED UNDER SEAL**

Honorable Diane Gujarati
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: **US v. Linzhe Kong**
24-CR-00148 (DG)

Dear Judge Gujarati:

I represent Linzhe Kong. Yesterday I filed a letter motion asking the Court to seal our sentencing submission on behalf of Mr. Kong (Document 18). I inadvertently attached the sentencing submission to that letter motion (Document 19 and attachment). This letter is written to request that Documents 18 and 19 and any attachments thereto be filed under seal because they contain sensitive information relating to the case.

Thank you for your consideration. I apologize for the inconvenience.

Respectfully submitted,

Daniel J. Ollen

cc: AUSA Patrick J. Campbell (via email)
    USPO Jeremy Toner (by email)